1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **WAYNE E. HILL,**                              2:08-cv-01206 GGH P

12                               Petitioner,    **ORDER**

13            **v.**

14   **JAMES D. HARTLEY,**

15                               Respondent.

16

17          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's

18   response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before August 23,

19   2008.

20

21   Dated: 07/25/08                          /s/ Gregory G. Hollows
                                               The Honorable Gregory G. Hollows
22

23   hill1206.eot

24

25

26

27

28

[Proposed] Order