IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE E. HILL,

    Petitioner,                   No. CIV S-08-1206 GGH P

    vs.

JAMES D. HARTLEY,

    Respondent.                <u>ORDER</u>

                               /

Petitioner has requested an extension of time to file a reply to respondent's answer. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's September 5, 2008 request for an extension of time (Docket #15) is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file his reply.

DATED: 09/12/08

                                               /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:ak
hill1206.111