IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE E. HILL,

    Petitioner,                    No. CIV S-08-1206 GGH P

    vs.

JAMES D. HARTLEY, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In his October 3, 2008, reply to respondent's answer, petitioner raises two claims that were not raised in the original petition: ineffective assistance of counsel and error pursuant to <u>Apprendi v. New Jersey</u>, 530 U.S. 466, 120 S.Ct. 2348 (2000).  It does not appear that these claims are exhausted.

        In <u>Rhines v. Weber</u>, 544 U.S. 269, 125 S.Ct. 1528 (2005) the United States Supreme Court found that a stay and abeyance of a mixed federal petition should be available only in the limited circumstance that good cause is shown for a failure to have first exhausted the claims in state court, that the claim or claims at issue potentially have merit and that there has been no indication that petitioner has been intentionally dilatory in pursuing the litigation.

1

1 Rhines, supra, at 277-78, 125 S.Ct at 1535.

2     If petitioner wishes to proceed with the two new claims raised in the reply, he
3 must file an amended petition containing his unexhausted and exhausted claims *and* a motion for
4 abeyance pending exhaustion addressing the factors discussed in Rhines, supra (good cause,
5 claims meritorious, diligence in pursuing litigation). If petitioner chooses to abandon these
6 claims, he must file a statement to that effect.

7     Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of
8 this order petitioner shall file either an amended petition and motion to hold proceedings in
9 abeyance pending further exhaustion or a statement of abandonment of the unexhausted claims
10 raised in the reply.

11 DATED: November 20, 2008

          /s/ Gregory G. Hollows
          _____
          UNITED STATES MAGISTRATE JUDGE

15 hill1206.ord