IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE E. HILL,

    Petitioner,               No. CIV S-08-1206 GGH P

    vs.

JAMES D. HARTLEY, et al.,

    Respondents.          <u>ORDER</u>

_____/

        On December 23, 2008, the court granted petitioner's habeas corpus petition and ordered that within sixty days respondent was to either release petitioner from prison or grant him a resentencing hearing. On February 25, 2009, petitioner filed a notice with the court stating that respondent had not complied with the order. On February 27, 2009, respondent filed a status report stating that petitioner has been released from prison. The court's own investigation also reveals that petitioner has been released from prison.

        Accordingly, IT IS HEREBY ORDERED that petitioner's February 25, 2009, request that respondent comply with the December 23, 2008, order is denied as unnecessary.

DATED: March 6, 2009

                              /s/ Gregory G. Hollows
                              _____
hill1206.ord                         UNITED STATES MAGISTRATE JUDGE